UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

MICHAEL VOEFFRAY,
MONIQUE VOEFFRAY,
and PEYTON VOEFFRAY,

    Plaintiffs,

v.                                      Case No. 19-13774

AMERICAN RESIDENTIAL SERVICES, LLC
d/b/a ANDY'S STATEWIDE HEATING
& AIR CONDITIONING,

    Defendant.
_____/

## JUDGMENT

In accordance with the court's "Opinion and Order Granting in Part and Denying in Part Defendant's Motion to Dismiss" (ECF No. 15) dated June 10, 2020,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendant and against Plaintiffs as to Counts I, II, and IV. Further, Count III is DISMISSED WITH PREJUDICE by stipulation (ECF No. 17). Dated at Detroit, Michigan, this 9th of July, 2020.

                                            DAVID J. WEAVER
                                            CLERK OF THE COURT

                      BY:    <u>S/Lisa Wagner</u>
                                  Lisa Wagner
                                  Case Manager and Deputy Clerk to
                                  Judge Robert H. Cleland
                                  (810) 292-6522